## HARRIS v. STATE.   (4 Div. 867.)

(Court of Appeals of Alabama.   June 12, 1923.)

Criminal law ⬤⟼1182—Where record proper free from error, judgment will be affirmed, in absence of bill of exceptions.

Where an appeal from a conviction is upon the record proper, which is free from error, and there is no bill of exceptions, judgment will be affirmed.

Appeal from Circuit Court, Crenshaw County;   Arthur E. Gamble, Judge.

John Harris was convicted of liquor law violations, and he appeals. Affirmed. · · ·

Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J.   Under an indictment, containing two counts, the defendant was

found guilty as charged. The first count charged him with distilling alcoholic or spirituous liquor; and the second with unlawfully possessing a. still to be used for the purpose of manufacturing prohibited liquors. He was sentenced to an indeterminate term of imprisonment in the penitentiary of one year and six months as a minimum, and four years as a maximum, punishment, and appeals.

The appeal is upon the record proper, there being no bill of exceptions. The record has been examined, and is free of error. Let the judgment appealed from stand affirmed.

Affirmed.